AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11815017

**RECEIVED**
By USMS District of Columbia District Court at 3:45 pm, May 30, 2025

| | |
|---|---|
| United States of America<br>v.<br>Devonne Keith Brown<br><br>*Defendant* | Case: 1:25-mj-00098<br>Assigned To: Judge Sharbaugh, Matthew J.<br>Assign. Date: 5/30/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Devonne Keith Brown                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2), Receipt of Child Pornography.

Date:     05/30/2025

2025.05.30 14:18:15 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.          Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05/30/2025, and the person was arrested on *(date)* 06/02/2025
at *(city and state)* Washington, DC.

Date: 06/02/2025

*Arresting officer's signature*

Stephen H. Lowe DUSM
*Printed name and title*